UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLSTAR MARKETING GROUP, LLC *et al.*,

          Plaintiff,

v.

RYAN ANDERSEN, *doing business as* AS SEEN ON TV & BEYOND, *doing business as* AS SEEN ON TV PROS, *doing business as* WWW.ASSEENONTVPROS.COM *et al.*,

          Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-10-20

20-CV-3703 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The conference scheduled in this action for August 14, 2020 at 2:30 p.m. will be held via telephone. The parties shall use the dial-in information provided below to call in to the conference:

    Call-in Number: (888) 363-4749
    Access Code: 1015508

      This conference line is open to the public.

SO ORDERED.

Dated:    August 10, 2020
            New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge