

Epstein Drangel LLP
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

December 10, 2020

**VIA ECF ONLY**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

        **Re:** *Allstar Marketing Group, LLC, et al. v. Ryan Andersen d/b/a As Seen on TV &*
        *Beyond d/b/a As Seen on TV Pros d/b/a www.asseenontvpros.com*
        **Civil Action No. 1:20-cv-03703-RA**
        **JOINT STATUS LETTER & LETTER MOTION FOR ADJOURNMENT**

Dear Judge Abrams,

      In accordance with the Case Management Plan and Scheduling Order (*Docket Entry No. 27*), and Your Honor's Individual Rules & Practices in Civil Cases (specifically Rule 1 (D)), the parties to the above-referenced action, Plaintiff Allstar Marketing Group, LLC, Plaintiff Ideavillage Products Corp., Plaintiff Telebrands Corp. d/b/a BulbHead, Defendant Ryan Andersen d/b/a As Seen On TV & Beyond d/b/a As Seen On TV Pros d/b/a www.asseenontvpros.com and Defendant As Seen on TV Pros d/b/a www.asseenontvpros.com (collectively, the "Parties") are hereby submitting the instant joint letter regarding the status of this case, and to request an adjournment *sine die* of the post discovery conference, scheduled for December 18, 2020 at 11:30 AM. The Parties have recently reached a settlement in principle, and are in the process of negotiating the terms of a formal written settlement agreement. The Parties anticipate that such a settlement agreement should be finalized in due course, and once certain conditions precedent have been met, a stipulation of dismissal will be filed with the Court within the next sixty (60) days. This is the Parties' first request for any adjournment,[1] and all Parties consent to the request made herein.

      We thank the Court for its time and consideration.

                                            Respectfully submitted,

                                            **EPSTEIN DRANGEL LLP**

                                            BY: S/ *Kerry B. Brownlee*
                                            Kerry B. Brownlee (KB 0823)

---

[1] Defendants requested an extension of time to answer the Complaint, which was granted by the Court (*see Docket Entry Nos. 21-22*).

Hon. Ronnie Abrams
December 10, 2020
Page 2

        kbrownlee@ipcounselors.com
        Jason M. Drangel (JD 7204)
        jdrangel@ipcounselors.com
        Ashly E. Sands (AS 7715)
        asands@ipcounselors.com
        60 East 42nd Street, Suite 2520
        New York, NY 10165
        Telephone: (212) 292-5390
        Facsimile: (212) 292-5391
        *Attorneys for Plaintiffs*

        **WANG, GAO & ASSOCIATES, P.C.**

        BY: S/ *Heng Wang*
        Heng Wang
        heng.wang@wanggaolaw.com
        36 Bridge Street
        Metuchen, NJ 08840
        Telephone: (732) 767-3020
        Facsimile: (732) 352-1419
        *Attorneys for Defendants*

Application granted.  The post-discovery conference, currently scheduled for December 18, 2020, is hereby adjourned sine die.  If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court.  See Hendrickson v. United States, 791 F.3d 354, 358 (2d Cir. 2015).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 11, 2020