UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLSTAR MARKETING GROUP, LLC, *et al.*,

        Plaintiffs,

v.

RYAN ANDERSEN, *et al.*,

        Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

20-CV-3703 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 30, 2021, the Court reopened this case upon the request of Plaintiffs. *See* Dkt. 35. Defendants had opposed the motion, representing that they intend to file for bankruptcy shortly and seek to avoid the added expense of continued litigation in the meantime. Dkt. 34. In its order reopening the case, the Court instructed Defendants, if they did file for bankruptcy, to notify the Court immediately thereafter, at which time the Court would stay this action pursuant to 11 U.S.C. § 362(a). To date, Defendants have not done so. Accordingly, it is hereby ORDERED that no later than May 14, 2021, the parties submit a joint letter to the Court proposing next steps for this litigation.

SO ORDERED.

Dated:   April 30, 2021
           New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge