## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ALLSTAR MARKETING GROUP, LLC;
IDEAVILLAGE PRODUCTS CORP.; and
TELEBRANDS CORP. d/b/a BULBHEAD
*Plaintiffs*

v.

RYAN ANDERSEN d/b/a AS SEEN ON TV &
BEYOND d/b/a AS SEEN ON TV PROS d/b/a
WWW.ASSEENONTVPROS.COM; and AS
SEEN ON TV PROS d/b/a
WWW.ASSEENONTVPROS.COM
*Defendants*

**CIVIL ACTION No. 20-cv-3703-RA**

The Clerk of Court is respectfully directed to close this case.
If the parties seek to have the Court retain jurisdiction to enforce a
settlement agreement, the terms of the agreement must be placed on the
public record and "so ordered" by the Court within 30 days.  See
Hendrickson v. United States, 791 F.3d 354, 358 (2d Cir. 2015).
SO ORDERED.

Ronnie Abrams, U.S.D.J.
June 16, 2021

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

PURSUANT TO Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Allstar

Marketing Group, LLC, Plaintiff Ideavillage Products Corp., and Plaintiff Telebrands Corp. d/b/a

BulbHead on the one hand, and Defendant Ryan Andersen d/b/a As Seen On TV & Beyond d/b/a

As Seen On TV Pros d/b/a www.asseenontvpros.com and Defendant As Seen on TV Pros d/b/a

www.asseenontvpros.com on the other, by and through their respective undersigned counsel,

hereby jointly stipulate and agree to the dismissal of the above-referenced action **with** prejudice.

Each party shall bear its own attorneys' fees, costs and expenses.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

By: _____
Kerry B. Brownlee (KB 0823)
kbrownlee@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, New York 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*

Dated: ____6/14/21____

By: _____
Ryan Andersen
ryanandersen2@gmail.com
*Pro Se, On Behalf of All Defendants*

Dated: 6/11/21